ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:24-CR-00208-APG-BNW |
| Plaintiff, | |
| vs. | **ORDER** |
| FRANCISCO FRANCO, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the initial appearance re revocation hearing currently scheduled for Monday, December 23, 2024 at 2:30p.m., be vacated and continued to **January 21, 2025, at 2:30 p.m.** before Magistrate Judge Maximiliano D. Couvillier, III, in Courtroom 3A

DATED AND DONE this 20th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant